# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Lingling Fan,
Plaintiff,

v.                               Civil Action No. 1:25-cv-02881-UNA

Google LLC,
Defendant.

PUBLIC VERSION — APPENDIX TO NOTICE OF INTENT TO PROCEED UNDER NAME

Plaintiff Lingling Fan ("Plaintiff"), pro se, hereby files this Public Version of her prior

Motion to Proceed Under Pseudonym (Dkt. No. 3), solely in compliance with the Court's

August 29, 2025 Order.

The Court has denied that motion without prejudice. This filing is submitted only for the

purpose of placing a public version on the docket as required. Plaintiff's name now

appears in the caption, and Plaintiff's email address and account identifiers have been

redacted. An unredacted version containing such information has been submitted under seal.

Respectfully submitted,

Dated: September 8, 2025

Lingling Fan   
Plaintiff, pro se

**RECEIVED**

SEP 08 2025

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia